MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail:  David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KELVIN L. SMITH, | ) |
|     Plaintiff, | ) CASE NO.  4:10-cv-04463-CW |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, | ) FOR A FIRST EXTENSION FOR |
| Commissioner of Social Security | ) DEFENDANT TO FILE NOTICE, MOTION, |
| | ) AND MEMORANDUM IN SUPPORT OF |
| | ) CROSS-MOTION FOR SUMMARY |
|     Defendant. | ) JUDGMENT AND IN OPPOSITION TO |
| | ) PLAINTIFF'S MOTION FOR SUMMARY |
| _____ | ) JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until August 31, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter.  Defendant seeks additional time due to his workload, which includes other district court briefs as well as other non-litigation substantive matters.

| | | | |
|---|---|---|---|
|1| | |Respectfully submitted,|
|3|Dated: July 27, 2011|By:|s/ *Harvey P. Sackett*|
|4| | |[as e-authorized via email]|
| | | |HARVEY P. SACKETT,|
|5| | |Attorney for Plaintiff|
|7|Dated: July 27, 2011| |MELINDA L. HAAG|
| | | |United States Attorney|
|9| |By:|*s/ David Lerch*|
| | | |DAVID LERCH|
|10| | |Special Assistant United States Attorney|
| | | |Attorneys for Defendant|

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: **7/29/2011**

*[signature: Claudia Wilken]*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Stip.and order for Extension, 4:10-CV-4463-CW                                                     2